UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

                                  NO. CIV. S-06-2521 LKK/GGH

        Plaintiff,

    v.

ARNOLD SCHWARZENEGGER,            **O R D E R**
Governor of California,
in his official capacity,
et al

        Defendants.
_____/

     The court is in receipt of a motion for a temporary restraining order filed in the above-captioned case.

     The court hereby ORDERS as follows:

     1. Counsel for plaintiff shall SERVE a copy of this order and the motion for a temporary restraining order upon defendants not later than close of business today, November 14, 2006.

     2. Defendants may FILE an opposition to the motion for a temporary restraining not later than 5:30 p.m. on Wednesday, November 15, 2006. Plaintiff may FILE a reply to the opposition no later than 4:30 p.m. on Thursday, November 16, 2006. At the

1

time of filing a motion, opposition, or reply, counsel are directed to email a copy in word processing format to lkk-pleadings@caed.uscourts.gov.

3. The matter is now SET for hearing before the undersigned on Friday, November 17, 2006, at 3:00 p.m. in Courtroom No. 4.

IT IS SO ORDERED.

DATED: November 14, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2