**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, | ) Case No.: Civ. S-06-2521 LKK/GGH |
| Plaintiff, | ) |
| vs. | ) |
| ARNOLD SCHWARZENEGGER,<br>Governor of California,<br>in his official capacity, | ) **ORDER GRANTING REQUEST FOR**<br>) **LEAVE TO PROCEED UNDER A**<br>) **PSEUDONYM AND ORDERING THAT**<br>) **ALL INFORMATION IDENTIFYING** |
| BILL LOCKYER,<br>Attorney General of California,<br>in his official capacity, | ) **PLAINTIFF'S TRUE IDENTITY BE**<br>) **FILED UNDER SEAL** |
| JAMES E. TILTON,<br>Secretary of the State of California<br>Department of Corrections and Rehabilitation,<br>in his official capacity, | ) |
| JAMES DAVIS,<br>Chairman of the State of California Board of<br>Parole Hearings,<br>in his official capacity, | ) |
| JAMES L'ETOILE,<br>Director of the Adult Parole Operations<br>Division of the State of California Board of<br>Parole Hearings,<br>in his official capacity, | ) |
| TODD RIEBE,<br>District Attorney of Amador County,<br>in his official capacity, | ) |
| GARY LACY<br>District Attorney of El Dorado County,<br>in his official capacity, | ) |

**[Proposed] Order Granting Request**
**Proceed Under a Pseudonym**

1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| BRADFORD R. FENOCCHIO,<br>District Attorney of Placer County,<br>in his official capacity, | )<br>)<br>) |
| JAN SCULLY,<br>District Attorney of Sacramento County,<br>in her official capacity, | )<br>)<br>)<br>) |
| JAMES P. WILLETT,<br>District Attorney of San Jaoquin County,<br>in his official capacity, | )<br>)<br>)<br>) |
| DAVID W. PAULSON,<br>District Attorney of Solano County,<br>in his official capacity, | )<br>)<br>)<br>) |
| CARL ADAMS,<br>District Attorney of Sutter County,<br>in his official capacity, | )<br>)<br>)<br>) |
| DAVID C. HENDERSON,<br>District Attorney of Yolo County,<br>in his official capacity, | )<br>)<br>)<br>) |
| Defendants. | ) |

Plaintiff's request to proceed in this matter under the pseudonym "JOHN DOE" is **GRANTED**. Plaintiff's request to file under seal any document revealing Plaintiff's true identity is also **GRANTED**. No document filed under seal in this matter shall be open to inspection, except as provided herein.

It is **ORDERED** that Defendants may review the sealed documents and may reveal Plaintiff's true identity (or any information or distinguishing characteristics which could reveal Plaintiff's true identity) only to attorneys litigating this case on their behalf. Any person or entity who comes to learn of Plaintiff's true identity (or any information or distinguishing characteristics which could reveal Plaintiff's true identity) by means of, or as a result of, this litigation is hereby **ORDERED** not to reveal Plaintiff's true identity (or distinguishing characteristics) by any means to any other person or entity not authorized by this Court to receive such information.

//

**[Proposed] Order Granting Request
Proceed Under a Pseudonym**

2

PDF created with pdfFactory trial version www.pdffactory.com

Because Plaintiff's physical safety is at stake, this Court shall, within its discretion, impose the maximum sanction permitted by law for any violation of this order.

Dated: November 14, 2006

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT