UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

                          NO. CIV. S-06-2521 LKK/GGH

    Plaintiff,

    v.

ARNOLD SCHWARZENEGGER,                **O R D E R**
Governor of California,
in his official capacity,
et al

    Defendants.
_____/

    The court is in receipt of the parties' agreement and stipulation. The court orders as follows:

    1. The hearing on the preliminary injunction is hereby CONTINUED from December 18, 2006 at 10:00 a.m. to February 5, 2007 at 10:00 a.m.

    2. Defendants shall file an opposition or statement of non-opposition by January 22, 2007. Plaintiff may file a reply by January 29, 2007.

    3. The following order from the court's order of November 17, 2006 continues in effect: "Defendants are temporarily restrained

1

from enforcing Cal. Penal Code § 3003.5(b) and (c) against plaintiff without first notifying the court fourteen (14) days in advance."

    4. The time for defendants' response to the complaint is extended to ten (10) days after the court issues an order ruling on plaintiff's application for a preliminary injunction.

    5. The parties shall not conduct any discovery prior to the court's ruling on plaintiff's application for a preliminary injunction.

    IT IS SO ORDERED.

    DATED: December 5, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2