1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

JOHN DOE I, JOHN DOE II, and JOHN DOE )   Case No.: 2:06cv02521 LKK GHH
III,                                  )

11
                                      )

                                      )

12              Plaintiffs,            )

                                      )

13          vs.                       )
                                      )   **ORDER GRANTING REQUEST BY**

14   ARNOLD SCHWARZENEGGER,            )   **JOHN DOE II AND JOHN DOE III FOR**
     Governor of California,           )   **LEAVE TO PROCEED UNDER A**
     in his official capacity,         )   **PSEUDONYM AND ORDERING THAT**

15                                     )   **ALL INFORMATION IDENTIFYING**
                                      )   **PLAINTIFFS' TRUE IDENTITIES BE**

16   BILL LOCKYER,                     )   **FILED UNDER SEAL**
     Attorney General of California,    )
     in his official capacity,         )

17                                     )

18   JAMES E. TILTON,                  )
     Secretary of the State of California )
     Department of Corrections and Rehabilitation, )

19   in his official capacity,         )
                                      )

20   JAMES DAVIS,                      )
     Chairman of the State of California Board of )

21   Parole Hearings,                  )
     in his official capacity,         )
                                      )

22                                     )
     TODD RIEBE,                       )

23   District Attorney of Amador County, )
     in his official capacity,         )
                                      )

24                                     )
     GARY LACY,                        )

25   District Attorney of El Dorado County, )
     in his official capacity,         )
                                      )

26                                     )
     BRADFORD R. FENOCCHIO,            )

27   District Attorney of Placer County, )
     in his official capacity,         )

28                                     )
                                      )
                                      )

**[Proposed] Order Granting Request to**          1
**Proceed Under Pseudonyms**

  
1

JAN SCULLY,
District Attorney of Sacramento County,

2

in her official capacity,

3

JAMES P. WILLETT,
District Attorney of San Joaquin County,

4

in his official capacity,

5

DAVID W. PAULSON,
District Attorney of Solano County,

6

in his official capacity,

7

CARL ADAMS,
District Attorney of Sutter County,

8

in his official capacity,

9

DAVID C. HENDERSON,
District Attorney of Yolo County,

10

in his official capacity,

11

THOMAS HOFFMAN,
Director of the Adult Parole Operations

12

Division of the State of California Board of
Parole Hearings,

13

in his official capacity,

14

VERNE SPEIRS,
Chief Probation Officer for Sacramento

15

County,
in his official capacity,

16

                                    Defendants.

17

18

19

        Plaintiffs' request to proceed in this matter under the pseudonyms "JOHN DOE II"

20

"JOHN DOE III" is **GRANTED**.  Plaintiffs' request to file under seal any document revealing

21

Plaintiffs' true identities is also **GRANTED**.  No document filed under seal in this matter shall

22

be open to inspection, except as provided herein.

23

        It is **ORDERED** that Defendants may review the sealed documents and may reveal

24

Plaintiffs' true identities (or any information or distinguishing characteristics which could reveal

25

Plaintiffs' true identities) only to attorneys litigating this case on their behalf. Any person or

26

entity who comes to learn of Plaintiffs' true identities (or any information or distinguishing

27

characteristics which could reveal Plaintiffs' true identities) by means of, or as a result of, this

28

litigation is hereby **ORDERED** not to reveal Plaintiffs' true identities (or distinguishing

**[Proposed] Order Granting Request to
Proceed Under Pseudonyms**

2

PDF created with pdfFactory trial version www.pdffactory.com

1   characteristics) by any means to any other person or entity not authorized by this Court to receive

2   such information.

3     Because the physical safety of each Plaintiff is at stake, this Court shall, within its

4   discretion, impose the maximum sanction permitted by law for any violation of this order.

5

6   Dated: January 3, 2007

7

8

9   _____
    LAWRENCE K. KARLTON

10       SENIOR JUDGE
    UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] Order Granting Request to**
**Proceed Under Pseudonyms**
          3

PDF created with pdfFactory trial version www.pdffactory.com