**ROBERT A. RYAN, JR.**, County Counsel
**CRAIG E. DEUTSCH**, Deputy County Counsel
  [State Bar No. 204281]
**COUNTY OF SACRAMENTO**
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 874-8976
Facsimile:  (916) 874-8207
E-mail:  deutschc@saccounty.net
File No.:  434.06A

Attorneys for County of Sacramento

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, JOHN DOE II, JOHN DOE III,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, Governor of California, in his official capacity, et al.<br><br>Defendants. | Case No.: 2:06CV02521 LKK GHH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT VERNE SPEIRS'S RESPONSE TO THE COMPLAINT; ORDER THEREON** |

### RECITALS

Whereas defendant, Verne Speirs, was sued in his official capacity, in this case after the Court's Order of December 5, 2006, regarding parties' agreement and stipulation.

### STIPULATION

The plaintiffs and defendant, Verne Speirs, through their respective attorneys, stipulate and agree as follows:

1.  To have the Court put defendant, Verne Speirs, on the same briefing schedule as ordered for all other defendants in the Court's Order of December 5, 2006;

2.  To have the Court extend the time for defendant, Verne Speirs, to respond

1

---

PDF created with pdfFactory trial version www.pdffactory.com

1  to the complaint so that the response date is ten (10) days after the Court rules on
2  plaintiffs' application for a preliminary injunction; and
3      3.    Not to conduct any discovery prior to the Court's ruling on plaintiff's
4  application for a preliminary injunction.

6  DATED: 1/9/07                    A. RYAN, JR., County Counsel
                                    Sacramento County, California

By:  /s/
      CRAIG DEUTSCH
      Deputy County Counsel

DATED:  1/9/07                   LAW OFFICES OF SCOTT S. WIPPERT

By:  /s/
      Scott S. Wippert, Attorney for Plaintiffs;
      John Doe I, John Doe II, and John Doe III

2

**STIPULATION TO EXTEND TIME FOR DEFENDANT VERNE SPEIRS'S RESPONSE TO THE COMPLAINT; ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Upon the parties' agreement and stipulation, the Court orders as follows:

1. Defendant Verne Speirs is hereby added to the same briefing schedule as all the other defendants per the Court's order of December 5, 2006;

2. The time for defendants' response to the complaint is extended to ten(10) days after the Court issues an order ruling on plaintiff's application for preliminary injunction; and

3. The parties shall not conduct any discovery prior to the Court's ruling on Plaintiff's application for preliminary injunction.

IT IS SO ORDERED:


Dated: January 10, 2007


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

w:\litigate\probation\2007\doe j. v. schwarzenegger\stipulation.doc

3

**STIPULATION TO EXTEND TIME FOR DEFENDANT VERNE SPEIRS'S RESPONSE TO THE COMPLAINT; ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com