UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

                            NO. CIV. S-06-2521 LKK/GGH

    Plaintiff,

  v.

ARNOLD SCHWARZENEGGER,                  **O R D E R**
Governor of California,
in his official capacity,
et al

    Defendants.
_____/

    The court is prepared to enter declaratory judgment adopting the construction of the law set forth in its February 9, 2007 order. Parties are granted until March 2, 2007 to file supplemental briefing on the issue of whether declaratory relief is proper.

    IT IS SO ORDERED.

    DATED: February 12, 2007.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT