UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DOE,

                                 NO. CIV. S-06-2521 LKK/GGH

        Plaintiff,

    v.

ARNOLD SCHWARZENEGGER,              **O R D E R**
Governor of California,
in his official capacity,
et al

        Defendants.
_____/

     The court previously requested supplemental briefing on the propriety of declaratory relief in this case.   This request followed the court's February 9, 2007 order, which found that the law, properly construed, did not apply to plaintiffs.  Despite this ruling, one of the defendants, the Attorney General, still "maintains that the 2000 foot residency restriction may apply to each plaintiff if they move in the future."  Supp. Br. at 2.   The court already held that the law may not be applied to plaintiffs in such a situation, but the Attorney General's statement illustrates the need for declaratory relief.

1

1      Accordingly, the court hereby DECLARES as follows:

2      1.   The SPPCA's residency restriction and GPS monitoring

3  provisions, set forth in Cal. Penal Code §§ 3003.5, 3004, &

4  3004.07, do not apply to plaintiffs, because they were convicted

5  prior to the effective date of the statute and were paroled, given

6  probation, or released from incarceration prior to that date.

7      2.   The SPPCA's residency restriction also does not apply to

8  plaintiffs once they relocate to another residence within 2,000

9  feet of any public or private school, or park where children

10 regularly gather.

11      IT IS SO ORDERED.

12      DATED:  March 5, 2007.

13

14

15                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
16                          UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26